1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  STEPHEN J. BETZ, Bar #234510
   Staff Attorney
3  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant JEREMY R. DEWALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:06-mj-0225 WMW |
|---|---|---|
| *Plaintiff,* | ) ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| v. | ) ) | |
| JEREMY R. DEWALL, | ) ) | |
| *Defendant.* | ) ) | |

   Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences and motions hearings.

   Defendant hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. She agrees that her interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present.

///
///
///
///
///

| | |
|---|---|
| DATED: December _, 2006 | /s/ Jeremy R. Dewall<br>JEREMY R. DEWALL<br>Defendant |
| DATED: December 26, 2006 | /s/ Stephen J. Betz<br>STEPHEN J. BETZ<br>Staff Attorney<br>Attorney for Defendant |

# O R D E R

**GOOD CAUSE APPEARING**, it is hereby ordered that Defendant's appearance may be waived until further order.

DATED: _____, 2006

_____
HON. WILLIAM M. WUNDERLICH
United States Magistrate Judge
Eastern District of California

IT IS SO ORDERED.

Waiver of Defendant's Personal
Presence; [Proposed] Order Thereon          -2-

| | |
|---|---|
| **Dated:   January 3, 2007** | **/s/  William M. Wunderlich** |
| mmkd34 | UNITED STATES MAGISTRATE JUDGE |

Waiver of Defendant's Personal
Presence; [Proposed] Order Thereon                     −3−